1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                    —o0o—

10 KEVIN GLENN WOODS,                          CASE NO. 2:10-CV-02031-GEB-EFB

11            Plaintiff,                       **ORDER EXTENDING**
                                               **PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                                         **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
              Defendant.
15 _____/

16       Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19       Plaintiff shall file his response on or before April 7, 2011.

20       SO ORDERED.

21

22 DATED:  February 15, 2011.             _____
                                          EDMUND F. BRENNAN
23                                        UNITED STATES MAGISTRATE JUDGE