1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                   —o0o—

10  KEVIN GLENN WOODS,                    CASE NO. 2:10-CV-02031-GEB-EFB

11              Plaintiff,               **ORDER EXTENDING
                                         PLAINTIFF'S TIME TO RESPOND TO**
12  vs.                                  **DEFENDANT'S ANSWER**

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16        Pursuant to the stipulation of the parties for a requested extension of Plaintiff's time to

17  respond to Defendant's Answer, the request is hereby APPROVED.  However, plaintiff is

18  advised that given the length of time since defendant's answer and the administrative transcript

19  were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a

20  showing of substantial cause.

21        Plaintiff shall file his response on or before May 9, 2011.

22        SO ORDERED.

23  DATED:  March 17, 2011.

24                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28