1 BENJAMIN B. WAGNER
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
KATHRYN R. WATSON
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
     San Francisco, California 94105
6    Telephone:  (415) 977-8928
     Facsimile:  (415) 744-0134
7    E-Mail: Kathryn.Watson@ssa.gov

8 Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12

13 KEVIN G. WOODS,                )
                                  )  CIVIL NO. 2:10-CV-02031 EFB
14      Plaintiff,                )
                                  )  STIPULATION AND ORDER TO EXTEND
15      v.                        )  TIME
                                  )
16 MICHAEL J. ASTRUE,             )
   Commissioner of                )
17 Social Security,               )
                                  )
18      Defendant.                )
   _____)

19

20      IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21 with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22 for Summary Judgment be extended 45 days from June 9, 2011 to July 24, 2011.  This is Defendant's

23 first request for an extension of time to respond to Plaintiff's motion.

24 //

25 //

26 //

27 //

28 //

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                            Respectfully submitted,

Dated: June 9, 2011                   */s/ Ann M. Cerney*
                                            (As authorized via phone)
                                            ANN M. CERNEY
                                            Attorney for Plaintiff

Dated: June 9, 2011                   BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/ Kathryn R. Watson*
                                            KATHRYN R. WATSON
                                            Special Assistant United States Attorney
                                            Social Security Administration

## **ORDER**

**IT IS SO ORDERED:**

Dated:  June 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE