1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 45 Hunter Square Plaza
Stockton, California 95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| KEVIN GLENN WOODS, | CASE NO. 2:10-CV-02031-GEB-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff's August 29, 2011 reply is deemed timely filed.

SO ORDERED.

DATED: November 22, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT