IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GLENN WOODS,

    Plaintiff,                                          No.  CIV S-10-2031 GEB EFB

    vs.

MICHAEL J. ASTRUE,                         <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

        On March 7, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The Proposed Findings and Recommendations filed March 7, 2012, are ADOPTED;

        2. Plaintiff's motion for summary judgment is granted;

        3. The Commissioner's motion for summary judgment is denied;

        4. This case is remanded for payment of benefits; and

5. The Clerk is directed to enter judgment in plaintiff's favor and close the case.

Dated: March 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge